# Exhibit 1

# ALABAMA SJIS CASE DETAIL



**PREPARED FOR: BEN HARMON**



County: **02**   Case Number: **CV-2020-901671.00**   Court Action:
Style: **POARCH BAND OF CREEK INDIANS V. MCKESSON CORPORATION**

Real Time

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 8/5/2020 4:06:14 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 8/5/2020 4:06:14 PM | 2 | COMPLAINT | | 75 |
| 8/5/2020 4:07:16 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 8/5/2020 4:07:16 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 8/10/2020 10:59:06 AM | 5 | ORDER | E-FILE ORDER | 4 |
| 8/10/2020 11:02:15 AM | 6 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 8/25/2020 7:16:54 AM | 8 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 8/25/2020 7:16:48 AM | 7 | SERVICE RETURN | SERVICE RETURN | 2 |
| 9/3/2020 4:22:14 PM | 9 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 9/3/2020 4:22:15 PM | 10 | MOTION | Motion for Extension of Time | 2 |
| 9/3/2020 4:22:15 PM | 11 | EXHIBIT | A | 2 |
| 9/3/2020 4:22:15 PM | 12 | PROPOSED ORDER | Order Granting Defendant's Motion for Extension | 1 |
| 9/3/2020 4:22:21 PM | 13 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 9/4/2020 9:50:24 AM | 15 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 9/4/2020 9:50:18 AM | 14 | Order Granting Defendant's Motion for Extension | Order Granting Defendant's Motion for Extension | 1 |

 **END OF THE REPORT**