IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

POARCH BAND OF CREEK : 
INDIANS,

      Plaintiff(s), :

vs. : CIVIL ACTION 20-0438-C

MCKESSON CORPORATION, et al., :

      Defendant(s). :

NOTICE OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE FOR TRIAL

    This civil action has been randomly assigned to United States Magistrate Judge William E. Cassady for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this District Court have been designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of a final judgment, upon the consent of all parties.  An appeal from a judgment entered by a Magistrate Judge may be taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as an appeal from any other judgment of a district court.

    You have the right to have your case reassigned to a United States District Judge for trial and disposition.  If you wish to have the case reassigned, you or your attorney need only return the Request for Reassignment to a United States District Judge  (attached) by email to Edwina_Crawford@alsd.uscourts.gov.  **Do not electronically file document.**

The plaintiff shall serve a copy of this notice and attachments immediately upon all other parties that have been served with the summons and complaint pursuant to Rules 4 and 5, Federal Rules of Civil Procedure.

This notice was electronically mailed to counsel of record on the 8th day of September, 2020.

                                          CHARLES R. DIARD, JR., CLERK


                              By:_____s/Edwina E. Crawford
                                         Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

POARCH BAND OF CREEK      :
INDIANS,
                          :
      Plaintiff(s),
                          :
vs.                       :      CIVIL ACTION 20-0438-C

MCKESSON CORPORATION, et al.,  :

      Defendant(s).       :

REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

The undersigned party hereby DECLINES to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby REQUESTS the reassignment of this case to a United States District Judge.[1]

_____
Date

Signature_____

Counsel For_____

Address_____

---

[1] Return the Request for Reassignment to a United States District Judge to the Clerk of Court by email to Edwina_Crawford@alsd.uscourts.gov. **DO NOT ELECTRONICALLY FILE DOCUMENT.**