THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| POARCH BAND OF CREEK INDIANS,<br><br>  Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION;<br>AND DOES 1-100<br><br>  Defendants. | Case No. 1:20-cv-00438-C<br><br>(Removed from Circuit Court of Mobile County, 02-CV-2020-901671.00) |

**DEFENDANT MCKESSON CORPORATION'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant McKesson Corporation ("McKesson") hereby moves for an unopposed extension of time to answer, move or otherwise respond to the Complaint filed by Plaintiff Poarch Band of Creek Indians ("Plaintiff"). McKesson has conferred with Plaintiff, who does not oppose this motion and the relief sought therein. In support of this Unopposed Motion, McKesson states as follows:

1. On August 5, 2020, Plaintiff filed this action in the Circuit Court of Mobile County, State of Alabama, titled *Poarch Band of Creek Indians v. McKesson Corp., et al.*, No. 02-CV-2020-901671.00.

2. On September 4, 2020, McKesson removed this action to this Court on the basis of federal question jurisdiction, 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and in satisfaction of other removal requirements.

3. On December 5, 2017, the Judicial Panel on Multidistrict Litigation ("JPML") formed MDL No. 2804 in the Northern District of Ohio to coordinate the resolution of hundreds of opioid-related actions then pending in federal courts nationwide. *See In re Nat'l Prescription Opiate Litig.*, 290 F. Supp. 3d 1375 (J.P.M.L. 2017). To date, nearly 3,000 actions have been consolidated for pre-trial proceedings in the MDL, including over 100 cases brought by tribes and tribal entities such as the Plaintiff. Those tribal cases include one previously filed by the Plaintiff in this District against multiple defendants styled *Poarch Band of Creek Indians v. Amneal Pharmaceuticals, LLC, et al.*, No. 1:20-cv-00279-WS-B (S.D. Ala.).

4. Upon removal, a notice was filed with the JPML tagging this case for potential transfer to the MDL. JPML Dkt. 8460.[1] On September 11, 2020, the JPML entered a Conditional Transfer Order covering this action. JPML Dkt. 8465. If Plaintiff files a notice of opposition, the JPML will automatically stay its conditional transfer order and issue a briefing schedule regarding whether this case should finally transfer to the MDL. In that event, McKesson anticipates that the JPML will make a final transfer decision shortly after its next available hearing.[2]

5. Prior to removal, the Circuit Court of Mobile County entered an order extending McKesson's deadline to answer or otherwise respond to the Complaint to October 26, 2020.

6. McKesson respectfully requests that this Court enter an order extending the deadline to answer, move, or otherwise respond to the Complaint until sixty (60) days following 1) a decision by the JPML granting a motion to vacate a conditional transfer order covering this action or otherwise finally denying transfer of this action, or 2) this Court's ruling on any motion

---

[1] "JPML Dkt." refers to entries on the JPML's docket in *In re National Prescription Opiate Litigation*, MDL No. 2804 (J.P.M.L.).

[2] *See* https://www.jpml.uscourts.gov/hearing-information.

to remand, whichever is later.

7. Good cause exists for this relief. First, it would be a waste of resources for McKesson to file and submit motions to dismiss, and for Plaintiff to respond to those motions, when the courts have not yet determined whether this case will remain in federal court.

8. Likewise, it would be a waste of resources for the parties to brief motions to dismiss and otherwise begin litigating this case in this Court when it is undecided whether this case will be transferred to the MDL proceeding.

9. Counsel for McKesson has conferred with counsel for Plaintiff, and represents that Plaintiff does not oppose the requested relief.

10. This motion does not constitute an admission of any factual allegation or legal conclusion, and is submitted subject to and without waiver of any other right, defense, affirmative defense, or objection, including lack of subject matter jurisdiction, lack of personal jurisdiction, or improper venue.

WHEREFORE, McKesson respectfully requests that this Court enter an order extending the time for McKesson to answer or otherwise respond to Plaintiff's Complaint to 60 days after (1) a decision by the JPML granting a motion to vacate a conditional transfer order covering this action or otherwise finally denying transfer of this action, or (2) this Court's ruling on any motion to remand, whichever is later.

September 16, 2020

/s/ *Harlan I. Prater, IV*
Harlan I. Prater, IV
Jackson R. Sharman, III
Jeffrey P. Doss
Brandon K. Essig
Benjamin P. Harmon
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building

                                                400 20th Street North
                                                Birmingham, AL 35203
                                                hprater@lightfootlaw.com
                                                jsharman@lightfootlaw.com
                                                jdoss@lightfootlaw.com
                                                bessig@lightfootlaw.com
                                                bharmon@lightfootlaw.com

*Counsel for McKesson Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was electronically filed on this the 16th day of September, 2020 using the CM/ECF system which will send notification to all counsel of record, including counsel for the Plaintiffs, listed below. Should the Notice of Electronic Filing indicate that notice needs to be delivered by other means, I certify that a copy will be sent via U.S. Mail, postage prepaid and properly addressed.

T. Roe Frazer II
Patrick D. McMurtray
FRAZER PLC
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
(615) 647-6464
roe@frazer.law
patrick@frazer.law

Thomas Roe Frazer III
W. Matthew Pettit
FRAZER PLC
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
(615) 647-6464
trey@frazer.law
mpettit@frazer.law

Archie Lamb
LEVIN PAPANTONIO
THOMAS MITCHELL RAFFERTY PROCTOR P.A.
316 South Baylen St.
Pensacola, FL 32502
(850) 435-7000
alamb@levinlaw.com

J. Nixon Daniel, III
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
(850) 432-2451
jnd@beggslane.com

Frederick T. Kuykendall, III
THE KUYKENDALL GROUP
2013 1st Avenue North, Ste 450
Birmingham, Alabama 35203
(205) 252-6127
ftk@thekuykendallgroup.com

                                        /s/ *Harlan I. Prater, IV*
                                        OF COUNSEL